**Opinion issued August 26, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

## NO. 01-21-00396-CV

————————————

## FREDERICK LEE FUHR, Appellant

## V.

## NUSRAT, INC., Appellee

On Appeal from the 268th District Court
Fort Bend County, Texas
Trial Court Case No. 19-DCV-269247

## MEMORANDUM OPINION

Appellant, Frederick Lee Fuhr, appealed from the trial court's July 2, 2021 order denying his motion to dismiss in the underlying trial court litigation. Appellant has filed a motion to dismiss the appeal, representing that "[t]he parties have

resolved their dispute by settlement," rendering the appeal "moot." Accordingly, appellant seeks dismissal of the appeal.

No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). Although appellant's motion does not include a certificate of conference, more than ten days have passed and no party has opposed the relief requested in appellant's motion. *See* TEX. R. APP. P. 10.3(a)(2).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Farris.

2